# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

BEFORE: **SIFTON, J.**        DATE: MAR 20 2008        TIME: Noon

DOCKET #: **CR-07-00736**        TITLE: *U.S.A. v. Ricardo Marian Fanchini*

CR/ESR: Melanie Sanders        DEPUTY CLERK: **Stanley Kessler**

INTERPRETER: _____        AUSA: ~~Steven Tiscione #6317~~ Carolyn Pokorney, AUSA ~~Toni Mele #6138~~

DEF'T #1 NAME: **Ricardo Marian Fanchini**        ATT'Y: **Gerald Shargel, Esq.** ~~Henry E. Mazurek, Esq.~~ Henry Mazurek, Esq.

✓ Present  _ Not Present  ✓ In Custody        ✓ Present  _ Not Present

## CRIMINAL CAUSE FOR STATUS CONFERENCE

✓ Case called.

✓ Defendant _____ present with counsel.

__ Defendant _____ present without counsel.

__ Counsel present without defendant _____.

__ _____ interpreter _____ present.

✓ Status conference held.

✓ Defendant's application for an amendment of the indictment to reflect the defendant's true name, is argued.

✓ Decision reserved.

✓ The Court takes judicial notice of the fact that Katharine Rotunno and Richard Rotunno, Jr. are members of the defendant's family, and directs the Bureau of Prisons to add those names to the defendant's visitor list so that they may visit him at his place of incarceration.

__ Status conference adjourned/continued to _____

TIME: 10 minutes