UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X
                              :
UNITED STATES OF AMERICA,     :
                              :    CR-07-736 (CPS)
        v.                    :
                              :    February 1, 2008
RICARDO MARIAN FANCHINI,      :
                              :    Brooklyn, New York
        Defendant.            :
                              :
------------------------------X

TRANSCRIPT OF CRIMINAL CAUSE FOR ARRAIGNMENT
BEFORE THE HONORABLE VIKTOR V. POHORELSKY
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Government:        BENTON J. CAMPBELL, ESQ.
                           UNITED STATES ATTORNEY
                           BY: TONI MELE, ESQ.
                               STEVEN TISCIONE, ESQ.
                           ASSISTANT U.S. ATTORNEYS
                           225 Cadman Plaza East
                           Brooklyn, New York  11201


For the Defendant:         HENRY MAJUREK, ESQ.



Audio Operator:


Court Transcriber:         ARIA TRANSCRIPTIONS
                           c/o Elizabeth Barron
                           31 Terrace Drive, 1st Floor
                           Nyack, New York 10960
                           (215) 767-7700


Proceedings recorded by electronic sound recording,
transcript produced by transcription service

1    THE CLERK: Criminal cause for arraignment, case
2    number 07-CR-736, United States versus Ricardo Franchini.
3    Counsel, state your name for the record.
4    MR. TISCIONE: Steven Tiscione and Toni Mele for
5    the government. Good afternoon, your Honor.
6    MR. MAZUREK: Good afternoon, your Honor. Henry
7    Mazurek and Evan Lipton from the offices of Gerald Shargel,
8    on behalf of Richard Rotmann, who has been charged as
9    Ricardo Fanchini.
10   Your Honor, I would note for the record, the true
11   and accurate and correct name of my client is Richard
12   Rotmann. He is a German national. The government is in
13   possession of his passport, his German passport, where his
14   name is clearly Richard Rotmann, R-o-t-m-a-n-n.
15   THE COURT: Alright. Well, he's charged here as
16   Ricardo Fanchini also known as, and I will address him that
17   way. I don't want to get into a dispute about which
18   identity is the correct one.
19   MR. MAZUREK: Your Honor, I understand this is the
20   government's document and I don't mean to alter the
21   government's document at this stage. But I just wanted for
22   the record to be clear. I don't want any discrepancy in the
23   fact that he represents himself by his true and correct
24   name.
25   THE COURT: Mr. Fanchini or Mr. Rotmann, the

1  purpose of the proceeding today is to ensure that you
2  understand the charge that you face here or the charges.
3  I'll advise you of certain rights you have as a defendant
4  here.  We'll take your plea.  I gather this is your first
5  appearance in the United States with respect to these
6  charges.
7           MR. MAZUREK:  That's correct, your Honor.
8           THE COURT:  So I'll take your plea with respect to
9  the charges and we will address whether bail can be set.
10          Counsel, I'm sorry, is it Mr. Manzurek?
11          MR. MAZUREK:  Mazurek.
12          THE COURT:  Mazurek.  Did you receive a copy of
13 the superseding indictment and did you have the opportunity
14 to review that with your client?
15          MR. MAZUREK:  I have, your Honor.  I have reviewed
16 it with Mr. Rotmann and we waive its public reading.
17          THE COURT:  Mr. Fanchini or Mr. Rotmann, you're
18 charged here in an indictment with numerous counts of
19 criminal violations of the laws of the United States
20 concerning the importation, distribution and possession of
21 various narcotics and other controlled substances, including
22 heroin, cocaine, MDMA, also known as Ecstasy, as well as
23 money laundering.
24          Is that correct, counsel?
25          MR. TISCIONE:  That's correct, Judge.

1    THE COURT:  Do you understand the charges?
2    THE DEFENDANT:  Yes.
3    THE COURT:  How do you plead to those charges,
4    guilty or not guilty?
5    THE DEFENDANT:  Not guilty.
6    THE COURT:  You have the right to remain silent.
7    That means you need not make any statement about these
8    charges to anyone.  Any statement you make, other than
9    statements you make to your attorney, can be used against
10   you.  You have the right to have an attorney represent you
11   in all proceedings in this matter.  If you cannot afford an
12   attorney, an attorney would be appointed for you at the
13   Court's expense.
14        I understand you are represented by retained
15   counsel; is that correct?
16   MR. MAZUREK:  Correct, your Honor.
17   THE COURT:  And you've entered a general notice of
18   appearance with respect to the charges?
19   MR. MAZUREK:  I have.
20   THE COURT:  What is the government's position with
21   respect to bail?
22   MR. TISCIONE:  Your Honor, the government is
23   seeking a permanent order of detention in this case.  The
24   defendant is not a United States citizen.  His presence in
25   this country is only by virtue of extradition from the

```
 1  United Kingdom to face these charges.
 2          The defendant is charged with very serious drug
 3  crimes, including a continuing criminal enterprise charge
 4  that carries a twenty-year mandatory minimum sentence, as
 5  well as the presumption of both risk of flight and danger to
 6  the community.
 7          In addition, the defendant is a fugitive or has
 8  been a fugitive for over twenty years on an outstanding
 9  bench warrant from the Kings County criminal court for
10  another crime that was committed back in 1987.
11          Given all of those circumstances, and I'd be happy
12  to go into more if your Honor needs it, but given all the
13  circumstances, I believe that no condition or combination of
14  conditions is sufficient here to guarantee both the
15  defendant's appearance in court and protect the public.
16          THE COURT:  Mr. Mazurek?
17          MR. MAZUREK:  Judge, we have no objection to that
18  order being entered at this time, without prejudice of
19  course, if the circumstances change, for an application to
20  be made later in the proceedings.
21          THE COURT:  Alright.  I'll enter a permanent order
22  of detention with leave to reopen the matter in the future,
23  if there is some bail package that the defendant believes
24  would satisfy the Court.
25          Has this case been assigned to a district judge?
```

```
 1         MR. TISCIONE: It's been assigned to Judge Sifton.
 2         THE COURT:  Judge Sifton?  Has Judge Sifton set a
 3   conference for this matter yet?
 4         MR. TISCIONE: Yes, your Honor, February 11th at
 5   12:00, and the parties are asking for excludable delay
 6   between today's date and the date of February 11th.
 7         MR. MAZUREK:  I have reviewed that with my client,
 8   your Honor, who has signed the application.
 9         Your Honor, I would just for the record, since
10   this is Mr. Rotmann's first appearance here in the United
11   States, he was extradited from the United Kingdom by
12   extradition order of a court in London.  Just again, to
13   preserve the record, under the Law of Specialty, your Honor
14   may be aware that he cannot be charged with crimes exceeding
15   the conduct which the London agreed to extradite him under
16   the treaty between the United States and the United Kingdom.
17         THE COURT:  That's not a matter that I would be
18   able to deal with, in any event.  Judge Sifton, to the
19   extent that there are -- I don't know what limitations there
20   were on the order of extradition entered in London.  But to
21   the extent that the government seeks to prove charges beyond
22   what was extradited, obviously, you have the argument to
23   make to Judge Sifton.
24         MR. MAZUREK:  I'm just preserving those for the
25   future in front of Judge Sifton, again this just being our
```

7

1  initial appearance here in the United States, seeing these
2  counts for the first time.
3         THE COURT: Alright. I have the application for
4  an order excluding time under the Speedy Trial Act. It
5  appears to be signed by Mr. Fanchini and Mr. Rotmann.
6         Mr. Rotmann Fanchini, is this your signature?
7         THE DEFENDANT: Yes.
8         THE COURT: Under federal law in this country, you
9  have the right to have your trial in this case commence
10 within seventy days after you first appear in connection
11 with the indictment. That means seventy days from today.
12 By signing this document, you have agreed that the days
13 between today and February 11th will not be counted when
14 computing that seventy-day period. So this has the effect,
15 perhaps, of postponing your trial, at least to that extent.
16        Do you understand that?
17        THE DEFENDANT: Yes.
18        THE COURT: And for the purpose proposed, due to
19 the complexity of the case, the time between today and
20 February 11th is excluded under the Speedy Trial Act.
21        Is there any other issue to address today,
22 counsel?
23        MR. TISCIONE: No, your Honor.
24        MR. MAZUREK: No, your Honor.
25        THE COURT: Alright, we're adjourned then, thank

1  you.
2           MR. TISCIONE: Thank you.
3           * * * * * * * * * * * * *

9

18  I certify that the foregoing is a correct transcript
19  from the electronic sound recording of the proceedings in
20  the above-entitled matter.

*[signature]*

25  ELIZABETH BARRON                              May 15, 2008